| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| EDGAR FLORES, § | |
| § | |
| Plaintiff, § | |
| § | |
| *versus* § | CIVIL ACTION NO. 9:21-CV-79 |
| § | |
| BOBBY LUMPKIN, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Edgar Flores, proceeding *pro se*, filed this civil rights lawsuit against Bobby Lumpkin, Terry Mason, Richard Bledsoe and Melinda Cunningham. The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion to dismiss filed by the defendants be granted. To date, the parties have not filed objections.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

Accordingly, the Report and Recommendation of United States Magistrate Judge (#18) is **ADOPTED**. The motion to dismiss (#14) is **GRANTED**. A final judgment shall be entered dismissing this lawsuit.

SIGNED at Beaumont, Texas, this 12th day of December, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE